IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| GUY A.E. WILMOT, a/k/a GUY WILMOT<br><br>Plaintiff,<br><br>v.<br><br>MARRIOTT HURGHADA MANAGEMENT, INC., a Delaware Corp., and MARRIOTT INTERNATIONAL, INC., a Delaware Corp.<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>: Civil Action No. 15-618-RGA<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## MOTION TO DISMISS OF DEFENDANTS MARRIOTT HURGHADA MANAGEMENT, INC. AND MARRIOTT INTERNATIONAL, INC.

Pursuant to the doctrine of *forum non conveniens*, Defendants Marriott Hurghada Management, Inc. and Marriott International, Inc. hereby move to dismiss Plaintiff's claims as they should be brought in Egypt—not Delaware. Defendants incorporate herein their accompanying Memorandum of Law, and for any and all of the reasons presented therein, the Court should grant Defendants' motion.

COZEN O'CONNOR

By: _____
Joseph J. Bellew (#4816)
1201 North Market Street
Suite 1001
Wilmington, DE 19801
302-295-2025
jbellew@cozen.com
***Attorneys for Defendants***